Judge Hellerstein

08 CV 5035

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONCORD LINE CO. LTD.,

               Plaintiff,               08 Civ. _____

   - against -

JUST OIL & GRAIN PTE LTD. a/k/a JUST OIL
SINGAPORE f/k/a TOP GRAIN PTE LTD. and
TROPICAL OIL PRODUCTS PTE. LTD.,

               Defendants.
------------------------------------------------------------X



## VERIFIED COMPLAINT

Plaintiff, CONCORD LINE CO. LTD., ("Plaintiff"), by and through its attorneys,
Lennon, Murphy & Lennon, LLC, as and for its Verified Complaint against the Defendants,
JUST OIL & GRAIN PTE LTD. a/k/a JUST OIL SINGAPORE f/k/a TOP GRAIN PTE LTD.
("Just Oil") and TROPICAL OIL PRODUCTS PTE LTD. ("Tropical")(collectively referred to
as "Defendants") alleges, upon information and belief, as follows:

1.     This is an admiralty and maritime claim within the meaning of Rule 9(h) of the
Federal Rules of Civil Procedure and 28 United States Code § 1333. This claim involves the
breach of maritime contract of charter. This matter also arises under the Court's federal question
jurisdiction within the meaning of 28 United States § 1331 and the New York Convention on the
Recognition and Enforcement of Foreign Arbitral Awards (9 U.S.C. § 201 *et seq.*) and/or the
Federal Arbitration Act (9 U.S.C. § 1 *et seq.*).

2.    At all times material to this action, Plaintiff was, and still is, a foreign corporation, or other business entity organized and existing under foreign law with an address in Seoul, South Korea.

3.    Upon information and belief, Defendant Just Oil was, and still is, a foreign corporation, or other business entity organized and existing under the laws of Singapore.

4.    Upon information and belief, Defendant Tropical was, and still is, a foreign corporation, or other business entity organized and existing under the laws of Singapore and was at all material times a trade name, alias, alter-ego, paying agent, joint venturer and/or affiliated company of Defendant Just Oil.

### COUNT I

5.    At all material times, Plaintiff was the disponent Owner of the ocean going motor vessel "BROTHER SKY."

6.    By a charter party dated February 21, 2007, Plaintiff chartered the M.V BROTHER SKY to Just Oil and/or Tropical for the carriage of cargo by sea.  *See Charter Party dated February 21st annexed hereto as Exhibit "1."*

7.    During the course of the charter, disputes arose between the parties regarding Defendants' failure to pay demurrage charges due and owing to Plaintiff under the charter party contract.  *See laytime calculation annexed hereto as Exhibit "2."*

8.    As a result of Defendants' breach of charter party contract, Plaintiff has sustained damages in the principal amount of $24,436.60, exclusive of interest, arbitration costs and attorneys fees.  *See Debit Notice annexed hereto as Exhibit "3."*

9.    Pursuant to the charter party, all disputes arising thereunder are to be submitted to arbitration in Hong Kong with English Law to apply.

10.    Despite due demand, Defendants have failed and/or refused to pay Plaintiff the amounts due and owing under the February 21st charter party.

11.    Thus, Plaintiff will initiate proceedings in Hong Kong after the commencement of this action and jurisdiction is obtained over Defendant(s).

12.    This action is brought in order to obtain jurisdiction over Defendant(s) and also to obtain security for Plaintiff's claims and in aid of arbitration in Hong Kong.

13.    Interest, costs and attorneys' fees are routinely awarded to the prevailing party in proceedings subject to English Law. As best as can now be estimated, Plaintiff expects to recover the following amounts in the Final Arbitration Award(s):

| | | |
|---|---|---|
| A. | Principal claim: | $24,436.60 |
| B. | Interest on claim: 3 years at 7.5%, compounded quarterly | $6,102.22 |
| C. | Estimated attorneys' fees and arbitration costs: | $5,000.00 |
| **Total** | | **$35,538.82** |

## COUNT II

14-17. Paragraphs 1 through 4 of this Verified Complaint are incorporated by reference in this Second Count as if set forth herein at length.

18.    At all material times, Plaintiff was the disponent Owner of the ocean going motor vessel "FU YUAN 6."

19.    By a charter party dated November 14, 2006, Plaintiff chartered the M/V FU YUAN 6 to Just Oil and/or Tropical for the carriage of cargo by sea. *See November 14th Charter Party annexed hereto as Exhibit "4."*

7

20.    During the course of the charter, disputes arose between the parties regarding the Defendants' failure to pay demurrage charges due and owing to Plaintiff under the charter party contract. *See laytime calculation annexed hereto as Exhibit "5."*

21.    As a result of Defendants' breach of charter party contract, Plaintiff has sustained damages in the principal amount of $4,377.82, exclusive of interest, arbitration costs and attorneys fees. *See Exhibit "3."*

22.    Pursuant to the charter party, all disputes arising thereunder are to be submitted to arbitration in Hong Kong with English Law to apply.

23.    Despite due demand, Defendants have failed and/or refused to pay Plaintiff the amounts due and owing under the November 14th charter party.

24.    Plaintiff will initiate proceedings in Hong Kong after the commencement of this action and jurisdiction is obtained over Defendant(s).

25.    This action is brought in order to obtain jurisdiction over Defendant(s) and also to obtain security for Plaintiff's claims and in aid of arbitration in Hong Kong.

26.    Interest, costs and attorneys' fees are routinely awarded to the prevailing party in proceedings subject to English Law. As best as can now be estimated, Plaintiff expects to recover the following amounts in the Final Arbitration Award(s):

| | | |
|---|---|---|
| A. | Principal claim: | $4,377.82 |
| B. | Interest on claim: 3 years at 7.5%, compounded quarterly | $1,093.21 |
| D. | Estimated attorneys' fees and arbitration costs: | $3,000.00 |
| **Total** | | $8,471.03 |

4

## COUNT III

27-30. Paragraphs 1 through 4 of this Verified Complaint are incorporated by reference in this Third Count as if set forth herein at length.

31.    At all material times, Plaintiff was the disponent Owner of the ocean going motor vessel "FU YUAN."

32.    By a charter party dated June 29, 2007, Plaintiff chartered the M/V FU YUAN to Just Oil and/or Tropical for the carriage of cargo by sea. *See June 29th Charter Party annexed hereto as Exhibit "6."*

33.    During the course of the charter, disputes arose between the parties regarding the Defendants' failure to pay demurrage charges due and owing to Plaintiff under the charter party contract. *See laytime calculation annexed hereto as Exhibit "7."*

34.    As a result of Defendants' breach of charter party contract, Plaintiff has sustained damages in the principal amount of $5,166.67, exclusive of interest, arbitration costs and attorneys fees. *See Exhibit "3."*

35.    Pursuant to the charter party, all disputes arising thereunder are to be submitted to arbitration in Hong Kong with English Law to apply.

36.    Despite due demand, Defendants have failed and/or refused to pay Plaintiff the amounts due and owing under the June 29th charter party.

37.    Plaintiff will initiate proceedings in Hong Kong after the commencement of this action and jurisdiction is obtained over Defendant(s). English law will be applied to the dispute.

38.    This action is brought in order to obtain jurisdiction over Defendant(s) and also to obtain security for Plaintiff's claims and in aid of arbitration in Hong Kong.

39.    Interest, costs and attorneys' fees are routinely awarded to the prevailing party in proceedings subject to English Law.  As best as can now be estimated, Plaintiff expects to recover the following amounts in the Final Arbitration Award(s):

|  | | | |
|---|---|---|---|
| A. | Principal claims: | | $5,166.67 |
| B. | Interest on claims: 3 years at 7.5%, compounded quarterly | | $1,290.20 |
| E. | Estimated attorneys' fees and arbitration costs: | | $3,000.00 |
| Total | | | $9,456.87 |

## AS AND FOR ALL COUNTS

40.    Upon information and belief Tropical is merely a shell-corporation through which Just Oil conducts its business, or vice versa.

41.    Upon information and belief, Defendant Tropical has no separate, independent identity from Defendant Just Oil.

42.    Tropical is the alter ego of Just Oil because Tropical dominates and disregards the corporate form of Just Oil to the extent that Tropical Oil is actually carrying on the business and operations of Just Oil as if the same were its own or vice versa.

43.    In the alternative, upon information and belief, at all material times, Just Oil chartered the vessels BROTHER SKY, FU YUAN 6 and FU YUAN from Plaintiff in the name of Defendant Tropical, such that Defendant Tropical was at all material times the actual charterer of the BROTHER SKY, FU YUAN 6 and the FU YUAN.

44.    In correspondence with Plaintiff, Tropical repeatedly refers to the charters set forth above as its charters and uses its name interchangeably with Just Oils.

45.    Furthermore, Tropical and Just Oil share a common office/address: 16 Raffles Quay, # 41-08 Hong Leong Building, Singapore.

46.    Based on the foregoing, as well as other activities, the Defendants Just Oil and Tropical should be considered as a single economic unit with no corporate distinction between or among them, rendering each liable for the debts of the others, and all assets of Tropical susceptible to attachment and/or restraint for the debts of Just Oil or its other alter-egos.

47.    By virtue of the foregoing, Defendant Tropical is properly considered a party to the subject contract and the Hong Kong proceedings as the alias and/or alter-ego of Defendant Just Oil.

48.    In the further alternative, Defendants are partners and/or joint venturers such that the Tropical is now, or will soon be, holding assets belonging to Just Oil, or vice versa.

49.    In the further alternative, Defendants are affiliated companies such that Tropical is now, or will soon be, holding assets belonging to Just Oil, or vice versa.

50.    The Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the pendency of this action, assets within this District and subject to the jurisdiction of this Court, held in the hands of one or more garnishees which are believed to be due and owing to the Defendants.

51.    The Plaintiff seeks an order from this court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, and also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching, *inter alia*, any assets of the Defendants held by the aforesaid garnishee for the purpose of obtaining personal jurisdiction over the Defendants, and to secure the Plaintiff's claims as described above.

WHEREFORE, Plaintiff prays:

A.    That process in due form of law issue against the Defendants, citing them to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B.    That the Court retain jurisdiction to compel the Defendant(s) to arbitrate in accordance with the United States Arbitration Act, 9 U.S.C. § 1 *et seq.*;

C.    That pursuant to 9 U.S.C. §§ 201 et. seq. and/or the principles of comity, this Court recognize and confirm any award and/or judgment rendered on the claims had herein as a Judgment of this Court;

D.    That since the Defendants cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds held by any garnishee within the District which are due and owing to the Defendants, the amount of $53,466.72 calculated to date to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

E.    That this Court recognize and confirm any arbitration award(s) or judgment(s) rendered on the claims set forth herein as a Judgment of this Court

F.    That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof;

G.    That in the alternative, this Court enter Judgment against Defendants on the claims set forth herein;

H.    That this Court award Plaintiff its attorney's fees and costs of this action; and

I.    That the Plaintiff have such other, further and different relief as the Court may deem just and proper.

Dated: June 2, 2008
       New York, NY

                              The Plaintiff,
                              CONCORD LINE CO. LTD.

                    By: _____

                              Nancy R. Peterson (NP 2871)
                              Patrick F. Lennon (2162)
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050 – phone
                              (212) 490-6070 – fax
                              nrp@lenmur.com
                              pfl@lenmur.com

## ATTORNEY'S VERIFICATION

State of New York )
               )    ss.:   City of New York
County of New York )

1.    My name is Nancy R. Peterson.

2.    I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3.    I am an attorney in the firm of Lennon, Murphy & Lennon, LLC, attorneys for the Plaintiff.

4.    I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5.    The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6.    The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7.    I am authorized to make this Verification on behalf of the Plaintiff.

Dated:    June 2, 2008
          New York, NY

                                      Nancy R. Peterson

EXHIBIT "1"

페이지 1/2

## concord line

보낸 사람:   "concord line" <concord@concordline.co.kr>
받는 사람:   "O JUST OIL" <peter@topo com.sg>
보낸 날짜:   2007년 2월 21일 수요일 오후 7:10
제목:        MB BOTHER SKY EX DUMAI TO SKOREA

F PARK/CHK

RE MV B SKY?

HERWITH RECAP OF FIXTURE

-A/C : JUST OIL
-VSC : MV BROTHER SKY
    1986BUILT, KOREA FLAG, TD:
    GENERAL CARGO SHIP, 6,607. KT
    DWT on 7.57M SSW, GRT/NGT 4,743/2,239
    GR/BL 10,431/9,940 CBM,
    LOA/BN 96.70/17.7M, 2H/2H, 25Tx3;
    ADA
-CGO QTY : M/M 6,000MT PKE IN BULK S/F ABT 1.75WOG
-L/D PORT : 1/2 SB 1SP DUMAI INDON/1SBP ULSAN N/O KUNSAN SKOREA
-L/CAN : 8/12 MAR '07
-FRT : USD26.00 PMT FIOST BSS 1/1
    ADD FRT : USD2.00PMT ON ENTIRE CGO IF 2ND PORT USED
-L/D RATE : 1,500MT-PWWD SHEX UU/KFA
-PAYMNT : FULL FRT TO BE PAID W/I 3 BKG DYS AGOL N S/R BS/L
    MARKED "FRT PAYABLE AS PER C/P" OR
    "FRT PREPAID" AGAINST CHTRS LOI ON OWS PNI WORDG
    BUT ALWAYS B,B,B
-DEM/DES AT L/PORT : USD3,000/DHD
        AT D/PORT : USD600/DHD
-FUMIGATN IF ANY TO BE ARRANGD BY CHTRS IN THEIR COST/RISK
    EXPENSE INCL CREW TRANSFERRING/LODGE/FOOD
    OWS TO ALLOW FREE TIME OF FUMIGATN 48HRS AT D PORT
-IN CASE ORIG BS/L UNAVAILABLE AT D/PORT IN TIME. OWS/AGENT
    TO RELEASE ENTIRE CGO AGAINST RCVR'S FIRST CLSSS BANK GTEE
-SHORE CRANE IF ANY TBF CHTRS A/C
-N.O.R TO YENDER BSS VSL ARRIVAL PILOT STATN W,W,W,W
-MASTER TO GIVE NOON REPORT EVERY 2 DYS TO CHTRS AFT SAILG FM L/PORT
    SHOWG VSLS EXACT POSITN/SPEED/ETA D/PORT
-OAP IF ANY TBF CHTRS A/C
-L/TIME AT L/PORT AS PER GENCON L/S
-DUNNAGE, SEPA MATS IF REQUESTED TB FOR CHTRS ACCT
-CGO QTY ON BS/L AS DRAFT SURVEY AT SHIPPERS/RECEIVERS ACCT.
-ANY TAXES/DUE ON VSL/FR TO BE FOR OWS A/C
    THE SAME ON CGO TBF CHTRS A/C
-LIGHTERAGE/LIGHTENING IF ANY TBF CHTRS A/C
-OWS AGEN AT L/PORT/CHTRS AGENT AT D/PORT WITH REASONABLE PORT D/A
-OTHERWISE AS PER GENCON C/P REVISED 76
-ARBI IN H.K ENGLISH LAW TO APPLY

2007-010-23

페이지 2/2

```
-1.25 ADD
END

PLS ADV

BRGDS
========================================
CONCORD LINE CO.,LTD. SEOUL
TEL : 82-2-739-8475
FAX : 82-2-739-8478
IT FAX : 82-0505-677-3088
ADH : 82-0505-500-3088
E-MAIL : CONCORD@CONCORDLINE.CO.KR
M.B 011-3978-3088
========================================
```

# EXHIBIT "2"

# CONCORD LINE CO.,LTD

3919, KwangHwaMunSeaDae B/D 74 NanSa-Dong, JongNo-Gu, Seoul 110-070 KOREA
TEL : 82-2-739-9475   FAX : 82-2-739-9478   E-MAIL : concord@concordline.co.kr

DATE :   2-May-

☒ MESSRS :   JUST OIL & GRAIN PTE / MR PETER PARK

## LAYTIME CALCULATION(LOADING PORT)

☐ **VESSEL :**  **BROTHER SKY**          ☐ PORT. :   **DUMAI**

| DATE | | DAY | DESCRI. | | TIME USED | | | REMARK |
|---|---|---|---|---|---|---|---|---|
| | | | FM | TO | DAY | HR | MIN | |
| MAR | 6 | TUE | 1005 | | | | | ARRIVED |
| | 7 | WED | | | | | | |
| | 8 | THU | | | | 11 | | COMM L/T(1300-) |
| | 9 | FRI | | | 1 | | | |
| | 10 | SAT | | | 1 | | | |
| | 11 | SUN | | | 1 | | | |
| | 12 | MON | | | 1 | | | |
| | 13 | TUE | | | 1 | | | |
| | 14 | WED | | | 1 | | | |
| | 15 | THU | | | 1 | | | |
| | 16 | FRI | | | 1 | | | |
| | 17 | SAT | | | 1 | | | COMM LOADG(1240-) |
| | 18 | SUN | | | 1 | | | |
| | 19 | MON | | | 1 | | | |
| | 20 | TUE | | | 1 | | | |
| | 21 | WED | | 0830 | | 8 | 30 | COMPLETED LOADG |
| | | | | | | | | |
| | - TIME USED | | | | 12 D | 19 H | 30 M | |

- CARGO Q'TY :   6,000,450 MT
- LOADING RATE :  1,500 MT PWWD SHEX UU
- DEM/DES RATE : USD 3,000 / USD 1,500
- N.O.R TENDERED : 1005 / 6 / MAR

- TIME ALLOWED :     4.0003 D    /    ( 4D   0H   0
- TIME USED :      12.8125 D    /    ( 12D   19H   30
- TIME LOST :        8.8122 D    /    ( 8D   19H   30
= DEMURRAGE : **USD 26,436.60**  ( 8.812 D X  USD3,000

# EXHIBIT "3"

# CONCORD LINE CO.,LTD

#819, KwangHwaMunSeeDae B/D 74 NaeSu-Dong, JongNo-Gu, Seoul 110-070 KOREA
TEL : 92-2-739-9475    FAX : 82-2-739-9478    E-MAIL : concord@concordline.co.kr

DATE : 24th Jul '⁴
Ref No : C7-0724

## DEBIT NOTE

TO : JUST OIL & GRAIN PTE / MR PETER PARK

FM : CONCORD LINE

| DESCRIPTION | DEBIT | CREDIT |
|---|---|---|
| ☐ MV BROTHER SKY | | |
| ⌐ DEMURRAGE FOR LOAGING | USD 26,436.60 | |
| (FM 6TH MAR - TO 21ST MAR / DUMAI) | | |
| ☐ MV FU YUAN 6 | | |
| ⌐, DEMURRAGE FOR LOAGING | USD 4,377.82 | |
| (FM 7TH APR - TO 14TH APR / DUMAI) | | |
| ☐ MV FU YUAN | | |
| ⌐, DEMURRAGE FOR LOAGING | USD 5,166.67 | |
| (FM 12TH JUL - TO 20TH JUL / DUMAI) | | |
| SUB TOTAL | USD 35,981.09 | USD 0.0 |
| BALANCE DUE TO OWNER | | USD 35,981.0 |
| GRAND TOTAL | USD 35,981.09 | USD 35,981.0 |

THIS IS TO CERTIFY THAT ABOVE STATEMENT IS TRUE AND CORRECT.

- BANK A/C

  KOREA EXCHANGE BANK NAEJADONG BRANCH

  A/C : 096-JSD-100782-1

  IN FAVOR OF "CONCORD LINE CO.,LTD"



CONCORD LINE CO.,LTD

# EXHIBIT "4"

頁D:0頁 1

## concord line

보낸 사람: "concord line" <concord@concordline.co.kr>
받는 사람: "C JUST OIL" <peter@topb.com.cp>
참조: "C JUST OIL PTE LT." <peter@justoil.com.sp>
보낸 날짜: 2006년 11월 14일 수요일 오후 4:07
제목: CGO EX BITUNG N EX DUMAI TO S KOREA

PETER PARK/CHK

AS PER TELCON

RE CGO EX BITUNG

FUYUAN/6

PLSD TO OFFR AS F :

–A/C : JUST OIL
–VSL : CONCORD TBN TWNLS/D, GEAR MIN 15MT
–CGO QTY : 6,300/5PCT MOLCO C MEAL IN BULK S/F ABT 1.75WOG
　　　BUT UP TO VSLS F CAPA
–L/D PORT : 1SBP BITUNG INDON /1SBP KUNSAN OR ULSAN OR INCHON SKOREA
–L/CAN : FEB '07 WCH TO BE NARROWED
–FRT : USD27.50PMT FIOST BSS F/1
–L/D RATE : CQD/KPA
–PAYMNT : FULL FRT TO BE PAID W/I 3 BKG DYS ACOL N S/R BS/L
　MARKED "FRT PAYABLE AS PER C/P" OR .
　"FRT PREPAID" AGAINST CHTRS LOI ON OWS BNI WORDG
　BUT ALWAYS B.B.B
–DEM/DES : USD600.00/DHD AT D/PORT
–FUMIGATN IF ANY TO BE ARRANGD BY CHTRS IN THEIR COST/RISK
　EXPENSE INCL CREW TRANSFERRING/LODGE/FOOD
　OWS TO ALLOW FREE TIME OF FUMIGATN 48HRS AT D PORT
–IN CASE ORIG BS/L UNAVAILABLE AT D/PORT IN TIME, OWS/AGENT
　TO RELEASE ENTIRE CGO AGAINST RCVR'S FIRST CLSS BANK GTEE
·SHORE CRANE IF ANY TBF CHTRS A/C EVENTHOUH STEVEDORE
　/LABOUR REQUIREMNT) UNLESS VSLS GEAR PROBLEM
　FOR YR REF FOR INCHON : SHORAE CRANE CHRAGE ROUGHLY ABT 1.50PMT
·N.O.R TO YENDER BSS VSL ARRIVAL PILOT STATN W.W.W.W
·MASTER TO GIVE NOON REPORT EVERY 2 DYS TO CHTRS AFT SAILG FM L/PORT
·SHOWG VSLS EXACT POSITN/SPEED/ETA D/PORT
·OAP IF ANY TBF CHTRS A/C
·TWN SUR–CHARGE IF ANY TBF OWS A/C FOR KUNSAN N ULSAN
·TWN SUR–CHARGE IF ANY TBF CHTRS CONTRIBUTE USD0.5 AT INCHON
·DUNNAGE, SEPA MATS IF REQUESTED TB FOR CHTRS ACCT
·CGO QTY DN BS/L AS DRAFT SURVEY AT SHIPPERS/RECEIVERS ACCT.
·ANY TAXES/DUE ON VSL/FR TO BE FOR OWS A/C
　HE SAME ON CGO TBF CHTRS A/C
　LIGHTERAGE/LIGHTENING IF ANY TBF CHTRS A/C
　CHTRS AGENT AT BENDS WITH REASONABLE PORT D/A
　OTHERWISE AS PER GENCON C/P REVISED 76 :
　ARBI IN H.K ENGLISH LAW TO APPLY
　1.25 ADD COM
　NO

박미지

RE FIXE EX DUMAI TO SKOREA

FUYUAN 6

-A/C : JUST OIL
-VSL : CONCORD TBN TWN S/D, GEAR MIN 15MT
-CGO QTY : TTTL CGO 20,000MT FOR FEB/MARCH '07
-BOTTOM SIZE : 5,250/5PCT MOLCO FKE IN BULK S/F ABT 1.55WOG
            OR 6,300MT/5PCT MOLCO
-L/D PORT : 1SBP DUMAI INOON /1SBP KUNSAN OR ULSAN OR INCHON SKOREA
-L/CAN : FEB '07/MAR '07  WCH TO BE NARROWED
-FRT : USD29.50PMT FIOST BSS 1/1 FOR 5,000MT BSS
       USD26.00PMT FIOST BSS 1/1 FOR 6,000MT BSS
-L/D RATE : 1,500MT PWWD SHEX UU/KFA
-PAYMNT : FULL FRT TO BE PAID W/I 3 BKG DYS ACOL N S/R BS/L
   MARKED "FRT PAYABLE AS PER C/P" OR
   "FRT PREPAID" AGAINST CHTRS LOI ON OWS PNI WORDG
   BUT ALWAYS B.B.B
-DEM/DES AT L/PORT : USD3,000/DHD
-DEM/DES AT D/PORT : USD600.00/DHD
-FUMIGATN IF ANY TO BE ARRANGD BY CHTRS IN THEIR COST/RISK
 EXPENSE INCL CREW TRANSFERRING/LODGE/FOOD
 OWS TO ALLOW FREE TIME OF FUMIGATN <8HRS AT D PORT
-IN CASE ORIG BS/L UNAVAILABLE AT D/PORT IN TIME, OWS/AGENT
 TO RELEASE ENTIRE CGO AGAINST RCVR'S FIRST CLASS BANK GTEE
-SHORE CRANE IF ANY TBF CHTRS A/C EVENTHOUH STEVEDORE
 /LABOUR REQUIREMNT UNLESS VSLS GEAR PROBLEM
 FOR YR REF FOR INCHON : SHORAE CRANE CHRAGE ROUGHLY ABT 1.50PMT
-N.O.R TO YENDER BSS VSL ARRIVAL PILOT STATN W.W.W.W.
-MASTER TO GIVE NOON REPORT EVERY 2 DYS TO CHTRS AFT SAILG FM L/PORT
 SHOWG VSLS EXACT POSITN/SPEED/ETA D/PORT
-OAP IF ANY TBF CHTRS A/C
-TWN SUR-CHARGE IF ANY TBF OWS A/C FOR KUNSAN N ULSAN
 TWN SUR-CHARGE IF ANY TBF CHTRS CONTRIBUTE USD0.5 AT INCHON
-DUNNAGE, SEPA MATS IF REQUESTED TB FOR CHTRS ACCT
-CGO QTY ON BS/L AS DRAFT SURVEY AT SHIPPERS/RECEIVERS ACCT.
-ANY TAXES/DUE ON VSL/FR TO BE FOR OWS A/C
 THE SAME ON CGO TBF CHTRS A/C
-LIGHTERAGE/LIGHTENING IF ANY TBF CHTRS A/C
-CHTRS AGENT AT BENDS WITH REASONABLE PORT D/A
-OTHERWISE AS PER GENCON C/P REVISED 76
-ARBI IN H.K ENGLISH LAW TO APPLY
-1.25 ADD COM
:ND


LS ADV

RGDS
===============================================
ONCORD LINE CO.,LTD. SEOUL
EL . 82-2-739-9475
AX : 82-2-739-9476
FAX : 82-0505-577-3088
CH : 82-0505-577-3088

EXHIBIT "5"

# CONCORD LINE CO.,LTD

#919, KwangHwaMunSeeDae B/D 74 NaaSu-Dong, JongNo-Gu, Seoul 110-070 KOREA.

TEL.: 82-2-739-9475  FAX : 82-2-739-9478  E-MAIL : concord@concordline.co.kr

DATE :  2-May-×

**MESSRS :**  JUST OIL / MR PETER PARK

## LAYTIME CALCULATION(LOADING PORT)

**VESSEL :**  FU YUAN 6          **PORT :**  DUMAI

| DATE | | DAY | DESCRI. | | TIME USED | | | REMARK |
|---|---|---|---|---|---|---|---|---|
| | | | FM | TO | DAY | HR | MIN | |
| APR | 7 | SAT | 1410 | | | | | ARRIVED |
| | 8 | SUN | | | | | | |
| | 9 | MON | 0600 | | | 12 | | COMM L/T, RAIN(0000-1000,2300-2400) |
| | 10 | TUE | | | | 20 | | RAIN(0400-0800) |
| | 11 | WED | | | | 12 | 10 | COMM LOADG(0810-), RAIN(0015-0810,0855-1250) |
| | 12 | THU | | | 1 | | | |
| | 13 | FRI | | | | 18 | 25 | RAIN(0235-0810) |
| | 14 | SAT | | 2030 | | 20 | 30 | COMPLETED LOADG |
| | | | | | | | | |
| | | - TIME USED | | | 4 D | 11 H | 5 M | |

- CARGO Q'TY :   4,503.796 MT

- LOADING RATE : 1,500 MT PWWD SHEX UU

- DEM/DES RATE ; USD 3,000 / USD 1,500

- N.O.R TENDERED : 1410 / 7 / APR

- TIME ALLOWED :    3.0025 D   /   (3D   0H   4M

- TIME USED ;    4.4618 D   /   (4D   11H   5M

- TIME LOST ;    1.4593 D   /   (1D   11H   1M

□ DEMURRAGE : **USD 4,377.82**  (1.45893 D X USD3,000

# EXHIBIT "6"

concord line

| | |
|---|---|
| 보낸 사람: | "concord line" <concord@concordline.co.kr> |
| 받는 사람: | 'C JUST OIL' <peter@topb.com.sg> |
| 참조: | 'C JUST OIL' <peterpark24@gmail.com> |
| 보낸 날짜: | 2007년 6월 29일 금요일 오후 5:17 |
| 제목: | BV FU YUAN-JUST OIL |

P PARK/CHK

RE PKE EX DUMAI TO SKOREA

HEREWITH RECAP OF FIXTURE

-A/C : JUST OIL
-VSL : M/S FU YUAN
    7,579.37 DWRT ON 7,184M. S/D , 2000, G/N 4,764/2,858,
    LOA/B/D 101.13/19.00/9.50M. DEERRICK 30TX3, 2H2H NO.1/29.30 NO.2/35.00X10.00M
    BALE/GRAIN 9,529.98/9,959.14 M3

-BOTTOM SIZE : MIN 6,000MT UPTO VSLS F CAPA AT CHTRS OPTN
                  PKE IN BULK S/F ABT 1.55WOG
-L/D PORT : 1SBP DUMAI INDON /1SBP KUNSAN N/OR ULSAN OR INCHON SKOREA
-L/CAN : 10/15 JUL '07 (VSLS ETA ABT 10/12TH JUL)
-FRT : USD30.00PMT FIOST BSS 1/1
       ADD FRT USD1.75PMT ON ENTIRE CGO IF 2ND PORT USED
-L/D RATE : 1,500MT PWWD SHEX UU/KFA
-PAYMNT : FULL FRT TO BE PAID W/I 3 BKG DYS ACOL N S/R BS/L
    MARKED "FRT PAYABLE AS PER C/P" OR
    "FRT PREPAID" AGAINST CHTRS LOI ON OWS PNI WORDG
    BUT ALWAYS B.B.B
-DEM/DES AT L/PORT : USD4,000/DHD
-DEM/DES AT D/PORT : USD600.00/DHD
-FUMIGATN IF ANY TO BE ARRANGD BY CHTRS IN THEIR COST/RISK
EXPENSE INCL CREW TRANSFERRING/LODGE/FOOD
OWS TO ALLOW FREE TIME OF FUMIGATN 48HRS AT D PORT
IN CASE ORIG BS/L UNAVAILABLE AT D/PORT IN TIME. OWS/AGENT
O RELEASE ENTIRE CGO AGAINST RCVR'S FIRST CLSSS BANK GTEE
/SHORE CRANE IF ANY TBF CHTRS A/C EVENTHOUH STEVEDORE
/LABOUR REQUIREMNT UNLESS VSLS GEAR PROBLEM
N.O.R TO YENDER BSS VSL ARRIVAL PILOT STATN W.W.W.W
MASTER TO GIVE NOON REPORT EVERY 2 DYS TO CHTRS AFT SAILG FM L/PORT
SHOWG VSLS EXACT POSITN/SPEED/ETA D/PORT
OAP IF ANY TBF CHTRS A/C
DUNNAGE, SEPA MATS IF REQUESTED TB FOR CHTRS ACCT
CGO QTY ON BS/L AS DRAFT SURVEY AT SHIPPERS/RECEIVERS ACCT,
ANY TAXES/DUE ON VSL/FR TO BE FOR OWS A/C
THE SAME ON CGO TBF CHTRS A/C
LIGHTERAGE/LIGHTENING IF ANY TBF CHTRS A/C
CHTRS AGENT AT BENDS WITH REASONABLE PORT D/A
L/PORT IS PCM LINE
OTHERWISE AS PER GENCON C/P REVISED 76
ARBI IN H.K ENGLISH LAW TO APPLY
1.25 ADD COM

END

PLS ADV

ER3DS

CONCORD LINE CO.,LTD. SEOUL
TEL : 82-2-739-9475
FAX : 82-2-735-9478
IT FAX : 82-0505-577-3088
ACH : 82-0505-500-3088
E-MAIL : CONCORD@CONCORDLINE.CO.KR
M.S : 011-9975-5058.

# EXHIBIT "7"

# CONCORD LINE CO.,LTD

#919, KwangHwaMunSecDae B/D 74 NaeSa-Dong, JongNo-Gu, Seoul 110-070 KOREA
TEL: 82-2-739-8473  FAX: 82-2-739-8473  E-MAIL: concord@concordline.co.kr

Date : 23-Jul-(
Ref No : L7-0723

▣ MESSRS : Just Oil / Mr. Peter Park

## LAYTIME CALCULATION(LOADING PORT)

☐ VESSEL :  Fu Yuan          ☐ PORT :  DUMAI

| DATE | | DAY | DESCRI. | | TIME USED | | | REMARK |
|---|---|---|---|---|---|---|---|---|
| | | | FM | TO | DAY | HR | MIN | |
| JUL | 12 | THU | 2100 | | | | | ARRIVED. |
| | 13 | FRI | 1300 | | | 5 | | COMMENCED L/T, RAIN(1800-2400) |
| | 14 | SAT | | | | 23 | | RAIN(0600-0700) |
| | 15 | SUN | | | | | | |
| | 16 | MON | | | | 13 | 10 | RAIN(0000-0430,1710-2330/ TTL 10H 5(M) |
| | 17 | TUE | 1515 | | 1 | | | COMMENCED LOADG |
| | 18 | WED | | | | 19 | 40 | RAIN(1310-1510, 1800-2020/ TTL 4H 2(M) |
| | 19 | THU | | | 1 | | | |
| | 20 | FRI | | 1810 | | 18 | 10 | COMPLETED LOADG |
| | | | | | | | | |
| - TIME USED | | | | | 5 D | 7 H | 0 M | |

- CARGO QTY :  6,000.000 MT

- LOADING RATE : 1,500 MT #WWD SHEX UU

- DEM/DES RATE : USD 4,000 / USD 2,000

- N.O.R TENDERED : 2100 / 12 / JUL

- TIME ALLOWED :        4.0000 D   /   [ 4D   0H   0M
- TIME USED :        5.2917 D   /   [ 5D   7H   0M
- TIME LOST :        1.2917 D   /   [ 1D   7H   0M
- DEMURRAGE : USD 5,166.67  (1.2917 X USD4,000)