UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CONCORD LINE CO. LTD.,

                  Plaintiff,

- against -

JUST OIL & GRAIN PTE LTD. a/k/a JUST OIL
SINGAPORE f/k/a TOP GRAIN PTE LTD. and
TROPICAL OIL PRODUCTS PTE. LTD.,

                  Defendants.

------------------------------------------------------------X



Judge Hellerstein

08 CV 5035

08 Civ. _____



RECEIVED
JUN 02 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                  NONE.

Dated: June 2, 2008
       New York, NY

                  The Plaintiff,
                  CONCORD LINE CO. LTD.,

                  By: _____
                  Patrick F. Lennon
                  Nancy R. Peterson
                  LENNON, MURPHY & LENNON, LLC
                  The Gray Bar Building
                  420 Lexington Ave., Suite 300
                  New York, NY 10170
                  (212) 490-6050
                  facsimile (212) 490-6070
                  pfl@lenmur.com
                  nrp@lenmur.com